

**NUMBER 13-17-00053-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

---

**In the Interest of L.D.C., A Child**

---

**On appeal from County Court at Law No. 7
of Hidalgo County, Texas.**

---

# ORDER
**Before Justices Contreras, Benavides, and Longoria
Order Per Curiam**

This cause is before the Court on the record and appellant's brief. Appellant's amended brief was filed on March 12, 2018. The appellee has not filed a brief. The Court, having fully examined the record and appellants' brief, hereby ORDERS appellee to file its brief with this Court within 30 days of this order.

The Clerk of this Court is ORDERED to serve a copy of this order on appellee's counsel.

PER CURIAM

Delivered and filed the
13th day of June, 2018.